LAVINA MAE McCOMISH, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. BELOIT IRON WORKS, DEFENDANT-RESPOND-ENT, CROSS-PETITIONER, AND BRENNAN COMPANY, INC., DEFENDANT-RESPONDENT.

*Messrs. Schneider, Lustbader & Morgan* and *Mr. Robert J. C. McCoid* for the respondent, cross-petitioner.

*Mr. Fred Freeman* and *Mr. Morris Schnitzer* for the petitioner.

*Messrs. Schenck, Smith & King* and *Mr. Clifford W. Starrett* for the respondent.

September 16, 1963. Granted.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOHN MOFFA, DEFENDANT-RESPONDENT.

See same case below: 79 *N. J. Super.* 425.

*Mr. Norman Heine* and *Mr. Anthony M. Bezich* for the petitioner.

*Mr. Angelo D. Malandra* for the respondent.

September 16, 1963. Granted.